## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CATEREN PEREZ, | ) |
| | ) JURY TRIAL DEMANDED |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. |
| | ) |
| EQUIFAX INFORMATION SERVICES LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

FILED BY _____ D.C.

MAR 3 1 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, Cateren Perez, ("Ms. Perez"), and complains of the Defendant, Equifax Information Services, LLC ("Equifax"), stating as follows:

## PRELIMINARY STATEMENT

1.      This is an action for actual, statutory damages and cost brought by Ms. Perez against Equifax for violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. ("FCRA").

## JURISDICTION AND VENUE

2.      Jurisdiction arises under the FCRA, 15 U.S.C. § 1681p.

3.      Equifax is subject to the provisions of the FCRA and is subject to the jurisdiction of the Court.

4.      Venue is proper in Palm Beach County, Florida because the acts complained of were committed and/or caused by the Defendant within Palm Beach County.

## PARTIES

5.      Ms. Perez is a natural person residing in Palm Beach County, Florida.

6.      Ms. Perez is a Consumer as defined by 15 U.S.C. § 1681a(c).

7.      Equifax is a corporation, with a primary business address of 1550 Pereztree Street NW Atlanta, GA 30309.

8.    Equifax is a nationwide Consumer Reporting Agency ("CRA") within the meaning of 15 U.S.C. § 1681a(f), in that, for monetary fees, dues, and/or on a cooperative nonprofit basis, it regularly engages in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties, and which uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, specifically the mail and internet. As a CRA, Equifax is aware of its obligations under the FCRA.

## FACTUAL ALLEGATIONS

### MS. PEREZ'S March 27, 2026 Consumer Disclosure

9.    On or about March 27, 2026, Ms. Perez requested a copy of her consumer credit disclosure from Equifax. SEE PLAINTIFF'S EXHIBIT A

10.    Pursuant to 15 U.S.C. § 1681g(a), upon receipt of Ms. Perez's request, Equifax was required to "clearly and accurately" disclose all information in Ms. Perez's file at the time of her request, with the limited exception that her Social Security number could be truncated upon request.

11.    Equifax provided an electronic copy of Ms. Perez's Consumer Disclosure ("Equifax's Disclosure") to via annualcreditreport.com.

## Missing Account Numbers, Missing Account Information and Payment History

12.     Making matters even more confusing for Ms. Perez, Equifax omitted the full Account Number, Missing Account Information and Payment History relating to the DEPT OF ED.

13.     On information and belief, this data furnisher reported the full account numbers, missing account information and payment history belonging to its respective accounts to Equifax, and this information was contained within Equifax's file regarding Ms. Perez at the time of her request.

14. **DEPT OF ED Trade line #1:**

In the Summary Section: Account Number *8512 is incomplete. Date Opened is inaccurate because it does not match with the payment history, Date of last activity is incomplete, Actual Payment Amount is incomplete because you have the date of last payment but the amount in actual payment is blank, Date of Last Payment is inaccurate because it does not match with the payment history, Status is inaccurate because it does not match with the payment history, Date of 1st Delinquency is inaccurate, Date Major Delinquency 1st Reported is incomplete, Amount Past Due is inaccurate because it doesn't match with your

records, Charge Off Amount is incomplete, Date Closed is incomplete, Activity Designator is incomplete, Date Reported is inaccurate because it does not match with the payment history, Balance is inaccurate because it doesn't match with your records, Credit Limit is incomplete, Deferred Payment Start Date is incomplete, Balloon Payment Amount is incomplete, Balloon Payment Date is incomplete, In the Payment History is incomplete, In the 24 Month History is incomplete, Schedule Payment Amount is incomplete, Actual Payment Amount is incomplete, Past Due Amount is incomplete, Credit Limit is incomplete.

Payment History Section: Date Opened shows 06/24/2013 yet the reporting begins in Jul 2019 this information is inaccurate, Date Reported shows 02/28/2026 yet Feb 2026 has no data available this information is inaccurate, Date of 1st Delinquency shows 11/05/2025 yet Nov 2025 shows Paid on Time this information is inaccurate, Jan 2019 has no data available this information is incomplete, Feb 2019 has no data available this information is incomplete, Mar 2019 has no data available this information is incomplete, Apr 2019 has no data available this information is incomplete, May 2019 has no data available this information is incomplete, Jun 2019 has no data available this information is incomplete, Oct 2023 has no data available this information is incomplete, Nov 2023 has no data available this information is incomplete, Dec 2023 has no data available this information is incomplete, Jun 2024 has no data available this information is incomplete, Jul 2024 has no data available this information is

incomplete, Oct 2024 has no data available this information is incomplete, Mar 2025 has no data available this information is incomplete, May 2025 has no data available this information is incomplete, Jun 2025 has no data available this information is incomplete, Aug 2025 has no data available this information is incomplete, 03/25 is skipped in the 24 Month History this information is incomplete, 09/25 is skipped in the 24 Month History this information is incomplete, Six (6) Scheduled Payment Amount has no data available Jun 2024 is incomplete, Jul 2024 is incomplete, Oct 2024 is incomplete, May 2025 is incomplete, Jun 2025 is incomplete, Aug 2025 is incomplete, 21 Actual Payment Amount has no data available this information is incomplete, 19 Past Due Amount has no data available Mar 2024 is incomplete, Apr 2024 is incomplete, May 2024 is incomplete, Jun 2024 is incomplete, Jul 2024 is incomplete, Aug 2024 is incomplete, Sep 2024 is incomplete, Oct 2024 is incomplete, Nov 2024 is incomplete, Dec 2024 is incomplete, Jan 2025 is incomplete, Feb 2025 is incomplete, Apr 2025 is incomplete, May 2025 is incomplete, Jun 2025 is incomplete, Jul 2025 is incomplete, Oct 2025 is incomplete, Nov 2025 is incomplete, Dec 2025 is incomplete, 21 Credit Limit has no data available this information is incomplete.

Account Details: Account Number *8512 is incomplete. Date Opened is inaccurate because it does not match with the payment history, Date of last activity is incomplete, Actual Payment Amount is incomplete because you have

the date of last payment but the amount in actual payment is blank, Date of Last Payment is inaccurate because it does not match with the payment history, Status is inaccurate because it does not match with the payment history, Date of 1st Delinquency is inaccurate, Date Major Delinquency 1st Reported is incomplete, Amount Past Due is inaccurate because it doesn't match with your records, Charge Off Amount is incomplete, Date Closed is incomplete, Activity Designator is incomplete, Date Reported is inaccurate because it does not match with the payment history, Balance is inaccurate because it doesn't match with your records, Credit Limit is incomplete, Deferred Payment Start Date is incomplete, Balloon Payment Amount is incomplete, Balloon Payment Date is incomplete, In the Payment History is incomplete, In the 24 Month History is incomplete, Schedule Payment Amount is incomplete, Actual Payment Amount is incomplete, Past Due Amount is incomplete, Credit Limit is incomplete.

Number: 134

## 15. DEPT OF ED Trade line #2:

In the Summary Section: Account Number *7312 is incomplete. Date Opened is inaccurate because it does not match with the payment history, Date of last activity is incomplete, Actual Payment Amount is incomplete because you have the date of last payment but the amount in actual payment is blank, Date of Last Payment is inaccurate because it does not match with the payment history,

Status is inaccurate because it does not match with the payment history, Date of 1st Delinquency is inaccurate, Date Major Delinquency 1st Reported is incomplete, Amount Past Due is inaccurate because it doesn't match with your records, Charge Off Amount is incomplete, Date Closed is incomplete, Activity Designator is incomplete, Date Reported is inaccurate because it does not match with the payment history, Balance is inaccurate because it doesn't match with your records, Credit Limit is incomplete, Deferred Payment Start Date is incomplete, Balloon Payment Amount is incomplete, Balloon Payment Date is incomplete, In the Payment History is incomplete, In the 24 Month History is incomplete, Schedule Payment Amount is incomplete, Actual Payment Amount is incomplete, Past Due Amount is incomplete, Credit Limit is incomplete.

Payment History Section: Date Opened shows 02/07/2014 yet the reporting begins in Jul 2019 this information is inaccurate, Date Reported shows 02/28/2026 yet Feb 2026 has no data available this information is inaccurate, Date of 1st Delinquency shows 11/05/2025 yet Nov 2025 shows Paid on Time this information is inaccurate, Jan 2019 has no data available this information is incomplete, Feb 2019 has no data available this information is incomplete, Mar 2019 has no data available this information is incomplete, Apr 2019 has no data available this information is incomplete, May 2019 has no data available this information is incomplete, Jun 2019 has no data available this information is incomplete, Oct 2023 has no data available this information is incomplete, Nov

2023 has no data available this information is incomplete, Dec 2023 has no data available this information is incomplete, Jun 2024 has no data available this information is incomplete, Jul 2024 has no data available this information is incomplete, Oct 2024 has no data available this information is incomplete, Mar 2025 has no data available this information is incomplete, May 2025 has no data available this information is incomplete, Jun 2025 has no data available this information is incomplete, Aug 2025 has no data available this information is incomplete, 03/25 is skipped in the 24 Month History this information is incomplete, 09/25 is skipped in the 24 Month History this information is incomplete, Six (6) Scheduled Payment Amount has no data available Jun 2024 is incomplete, Jul 2024 is incomplete, Oct 2024 is incomplete, May 2025 is incomplete, Jun 2025 is incomplete, Aug 2025 is incomplete, 21 Actual Payment Amount has no data available this information is incomplete, 19 Past Due Amount has no data available Mar 2024 is incomplete, Apr 2024 is incomplete, May 2024 is incomplete, Jun 2024 is incomplete, Jul 2024 is incomplete, Aug 2024 is incomplete, Sep 2024 is incomplete, Oct 2024 is incomplete, Nov 2024 is incomplete, Dec 2024 is incomplete, Jan 2025 is incomplete, Feb 2025 is incomplete, Apr 2025 is incomplete, May 2025 is incomplete, Jun 2025 is incomplete, Jul 2025 is incomplete, Oct 2025 is incomplete, Nov 2025 is incomplete, Dec 2025 is incomplete, 21 Credit Limit has no data available this information is incomplete.

Account Details: Account Number *7312 is incomplete. Date Opened is inaccurate because it does not match with the payment history, Date of last activity is incomplete, Actual Payment Amount is incomplete because you have the date of last payment but the amount in actual payment is blank, Date of Last Payment is inaccurate because it does not match with the payment history, Status is inaccurate because it does not match with the payment history, Date of 1st Delinquency is inaccurate, Date Major Delinquency 1st Reported is incomplete, Amount Past Due is inaccurate because it doesn't match with your records, Charge Off Amount is incomplete, Date Closed is incomplete, Activity Designator is incomplete, Date Reported is inaccurate because it does not match with the payment history, Balance is inaccurate because it doesn't match with your records, Credit Limit is incomplete, Deferred Payment Start Date is incomplete, Balloon Payment Amount is incomplete, Balloon Payment Date is incomplete, In the Payment History is incomplete, In the 24 Month History is incomplete, Schedule Payment Amount is incomplete, Actual Payment Amount is incomplete, Past Due Amount is incomplete, Credit Limit is incomplete.

Number: 134

16. **DEPT OF ED Trade line #3:**

In the Summary Section: Account Number *8612 is incomplete. Date Opened is inaccurate because it does not match with the payment history, Date of last

activity is incomplete, Actual Payment Amount is incomplete because you have the date of last payment but the amount in actual payment is blank, Date of Last Payment is inaccurate because it does not match with the payment history, Status is inaccurate because it does not match with the payment history, Date of 1st Delinquency is inaccurate, Date Major Delinquency 1st Reported is incomplete, Amount Past Due is inaccurate because it doesn't match with your records, Charge Off Amount is incomplete, Date Closed is incomplete, Activity Designator is incomplete, Date Reported is inaccurate because it does not match with the payment history, Balance is inaccurate because it doesn't match with your records, Credit Limit is incomplete, Deferred Payment Start Date is incomplete, Balloon Payment Amount is incomplete, Balloon Payment Date is incomplete, In the Payment History is incomplete, In the 24 Month History is incomplete, Schedule Payment Amount is incomplete, Actual Payment Amount is incomplete, Past Due Amount is incomplete, Credit Limit is incomplete.

Payment History Section: Date Opened shows 06/24/2013 yet the reporting begins in Jul 2019 this information is inaccurate, Date Reported shows 02/28/2026 yet Feb 2026 has no data available this information is inaccurate, Date of 1st Delinquency shows 11/05/2025 yet Nov 2025 shows Paid on Time this information is inaccurate, Jan 2019 has no data available this information is incomplete, Feb 2019 has no data available this information is incomplete, Mar 2019 has no data available this information is incomplete, Apr 2019 has no data

available this information is incomplete, May 2019 has no data available this information is incomplete, Jun 2019 has no data available this information is incomplete, Oct 2023 has no data available this information is incomplete, Nov 2023 has no data available this information is incomplete, Dec 2023 has no data available this information is incomplete, Jun 2024 has no data available this information is incomplete, Jul 2024 has no data available this information is incomplete, Oct 2024 has no data available this information is incomplete, Mar 2025 has no data available this information is incomplete, May 2025 has no data available this information is incomplete, Jun 2025 has no data available this information is incomplete, Aug 2025 has no data available this information is incomplete, 03/25 is skipped in the 24 Month History this information is incomplete, 09/25 is skipped in the 24 Month History this information is incomplete, Six (6) Scheduled Payment Amount has no data available Jun 2024 is incomplete, Jul 2024 is incomplete, Oct 2024 is incomplete, May 2025 is incomplete, Jun 2025 is incomplete, Aug 2025 is incomplete, 21 Actual Payment Amount has no data available this information is incomplete, 19 Past Due Amount has no data available Mar 2024 is incomplete, Apr 2024 is incomplete, May 2024 is incomplete, Jun 2024 is incomplete, Jul 2024 is incomplete, Aug 2024 is incomplete, Sep 2024 is incomplete, Oct 2024 is incomplete, Nov 2024 is incomplete, Dec 2024 is incomplete, Jan 2025 is incomplete, Feb 2025 is incomplete, Apr 2025 is incomplete, May 2025 is

incomplete, Jun 2025 is incomplete, Jul 2025 is incomplete, Oct 2025 is incomplete, Nov 2025 is incomplete, Dec 2025 is incomplete, 21 Credit Limit has no data available this information is incomplete.

Account Details: Account Number *8612 is incomplete. Date Opened is inaccurate because it does not match with the payment history, Date of last activity is incomplete, Actual Payment Amount is incomplete because you have the date of last payment but the amount in actual payment is blank, Date of Last Payment is inaccurate because it does not match with the payment history, Status is inaccurate because it does not match with the payment history, Date of 1st Delinquency is inaccurate, Date Major Delinquency 1st Reported is incomplete, Amount Past Due is inaccurate because it doesn't match with your records, Charge Off Amount is incomplete, Date Closed is incomplete, Activity Designator is incomplete, Date Reported is inaccurate because it does not match with the payment history, Balance is inaccurate because it doesn't match with your records, Credit Limit is incomplete, Deferred Payment Start Date is incomplete, Balloon Payment Amount is incomplete, Balloon Payment Date is incomplete, In the Payment History is incomplete, In the 24 Month History is incomplete, Schedule Payment Amount is incomplete, Actual Payment Amount is incomplete, Past Due Amount is incomplete, Credit Limit is incomplete.

Number: 134

17. **DEPT OF ED Trade line #4:**

In the Summary Section: Account Number *6224 is incomplete. Date Opened is inaccurate because it does not match with the payment history, Date of last activity is incomplete, Actual Payment Amount is incomplete because you have the date of last payment but the amount in actual payment is blank, Date of Last Payment is inaccurate because it does not match with the payment history, Status is inaccurate because it does not match with the payment history, Date of 1st Delinquency is inaccurate, Date Major Delinquency 1st Reported is incomplete, Amount Past Due is inaccurate because it doesn't match with your records, Charge Off Amount is incomplete, Date Closed is incomplete, Activity Designator is incomplete, Date Reported is inaccurate because it does not match with the payment history, Balance is inaccurate because it doesn't match with your records, Credit Limit is incomplete, Deferred Payment Start Date is incomplete, Balloon Payment Amount is incomplete, Balloon Payment Date is incomplete, In the Payment History is incomplete, In the 24 Month History is incomplete, Schedule Payment Amount is incomplete, Actual Payment Amount is incomplete, Past Due Amount is incomplete, Credit Limit is incomplete.

Payment History Section: Date Opened shows 02/25/2010 yet the reporting begins in Jul 2019 this information is inaccurate, Date Reported shows 02/28/2026 yet Feb 2026 has no data available this information is inaccurate,

Date of 1st Delinquency shows 11/05/2025 yet Nov 2025 shows Paid on Time this information is inaccurate, Jan 2019 has no data available this information is incomplete, Feb 2019 has no data available this information is incomplete, Mar 2019 has no data available this information is incomplete, Apr 2019 has no data available this information is incomplete, May 2019 has no data available this information is incomplete, Jun 2019 has no data available this information is incomplete, Oct 2023 has no data available this information is incomplete, Nov 2023 has no data available this information is incomplete, Dec 2023 has no data available this information is incomplete, Jun 2024 has no data available this information is incomplete, Jul 2024 has no data available this information is incomplete, Oct 2024 has no data available this information is incomplete, Mar 2025 has no data available this information is incomplete, May 2025 has no data available this information is incomplete, Jun 2025 has no data available this information is incomplete, Aug 2025 has no data available this information is incomplete, 03/25 is skipped in the 24 Month History this information is incomplete, 09/25 is skipped in the 24 Month History this information is incomplete, Six (6) Scheduled Payment Amount has no data available Jun 2024 is incomplete, Jul 2024 is incomplete, Oct 2024 is incomplete, May 2025 is incomplete, Jun 2025 is incomplete, Aug 2025 is incomplete, 21 Actual Payment Amount has no data available this information is incomplete, 19 Past Due Amount has no data available Mar 2024 is incomplete, Apr 2024 is

incomplete, May 2024 is incomplete, Jun 2024 is incomplete, Jul 2024 is incomplete, Aug 2024 is incomplete, Sep 2024 is incomplete, Oct 2024 is incomplete, Nov 2024 is incomplete, Dec 2024 is incomplete, Jan 2025 is incomplete, Feb 2025 is incomplete, Apr 2025 is incomplete, May 2025 is incomplete, Jun 2025 is incomplete, Jul 2025 is incomplete, Oct 2025 is incomplete, Nov 2025 is incomplete, Dec 2025 is incomplete, 21 Credit Limit has no data available this information is incomplete.

Account Details: Account Number *6224 is incomplete. Date Opened is inaccurate because it does not match with the payment history, Date of last activity is incomplete, Actual Payment Amount is incomplete because you have the date of last payment but the amount in actual payment is blank, Date of Last Payment is inaccurate because it does not match with the payment history, Status is inaccurate because it does not match with the payment history, Date of 1st Delinquency is inaccurate, Date Major Delinquency 1st Reported is incomplete, Amount Past Due is inaccurate because it doesn't match with your records, Charge Off Amount is incomplete, Date Closed is incomplete, Activity Designator is incomplete, Date Reported is inaccurate because it does not match with the payment history, Balance is inaccurate because it doesn't match with your records, Credit Limit is incomplete, Deferred Payment Start Date is incomplete, Balloon Payment Amount is incomplete, Balloon Payment Date is incomplete, In the Payment History is incomplete, In the 24 Month History is

incomplete, Schedule Payment Amount is incomplete, Actual Payment Amount is incomplete, Past Due Amount is incomplete, Credit Limit is incomplete.

Number: 134

18. **DEPT OF ED Trade line #5:**

In the Summary Section: Account Number *6324 is incomplete. Date Opened is inaccurate because it does not match with the payment history, Date of last activity is incomplete, Actual Payment Amount is incomplete because you have the date of last payment but the amount in actual payment is blank, Date of Last Payment is inaccurate because it does not match with the payment history, Status is inaccurate because it does not match with the payment history, Date of 1st Delinquency is inaccurate, Date Major Delinquency 1st Reported is incomplete, Amount Past Due is inaccurate because it doesn't match with your records, Charge Off Amount is incomplete, Date Closed is incomplete, Activity Designator is incomplete, Date Reported is inaccurate because it does not match with the payment history, Balance is inaccurate because it doesn't match with your records, Credit Limit is incomplete, Deferred Payment Start Date is incomplete, Balloon Payment Amount is incomplete, Balloon Payment Date is incomplete, In the Payment History is incomplete, In the 24 Month History is incomplete, Schedule Payment Amount is incomplete, Actual Payment Amount is incomplete, Past Due Amount is incomplete, Credit Limit is incomplete.

Payment History Section: Date Opened shows 02/25/2010 yet the reporting begins in Sep 2019 this information is inaccurate, Date Reported shows 02/28/2026 yet Feb 2026 has no data available this information is inaccurate, Date of 1st Delinquency shows 11/05/2025 yet Nov 2025 shows Paid on Time this information is inaccurate, Jan 2019 has no data available this information is incomplete, Feb 2019 has no data available this information is incomplete, Mar 2019 has no data available this information is incomplete, Apr 2019 has no data available this information is incomplete, May 2019 has no data available this information is incomplete, Jun 2019 has no data available this information is incomplete, Jul 2019 has no data available this information is incomplete, Aug 2019 has no data available this information is incomplete, Mar 2020 has no data available this information is incomplete, Nov 2023 has no data available this information is incomplete, Dec 2023 has no data available this information is incomplete, Jun 2024 has no data available this information is incomplete, Jul 2024 has no data available this information is incomplete, Oct 2024 has no data available this information is incomplete, Mar 2025 has no data available this information is incomplete, May 2025 has no data available this information is incomplete, Jun 2025 has no data available this information is incomplete, Aug 2025 has no data available this information is incomplete, 03/25 is skipped in the 24 Month History this information is incomplete, 09/25 is skipped in the 24 Month History this information is incomplete, Six (6) Scheduled Payment

Amount has no data available Jun 2024 is incomplete, Jul 2024 is incomplete, Oct 2024 is incomplete, May 2025 is incomplete, Jun 2025 is incomplete, Aug 2025 is incomplete, 21 Actual Payment Amount has no data available this information is incomplete, 18 Past Due Amount has no data available Mar 2024 is incomplete, Apr 2024 is incomplete, May 2024 is incomplete, Jun 2024 is incomplete, Jul 2024 is incomplete, Aug 2024 is incomplete, Sep 2024 is incomplete, Oct 2024 is incomplete, Nov 2024 is incomplete, Dec 2024 is incomplete, Jan 2025 is incomplete, Feb 2025 is incomplete, May 2025 is incomplete, Jun 2025 is incomplete, Jul 2025 is incomplete, Oct 2025 is incomplete, Nov 2025 is incomplete, Dec 2025 is incomplete, 21 Credit Limit has no data available this information is incomplete.

Account Details: Account Number *6324 is incomplete. Date Opened is inaccurate because it does not match with the payment history, Date of last activity is incomplete, Actual Payment Amount is incomplete because you have the date of last payment but the amount in actual payment is blank, Date of Last Payment is inaccurate because it does not match with the payment history, Status is inaccurate because it does not match with the payment history, Date of 1st Delinquency is inaccurate, Date Major Delinquency 1st Reported is incomplete, Amount Past Due is inaccurate because it doesn't match with your records, Charge Off Amount is incomplete, Date Closed is incomplete, Activity Designator is incomplete, Date Reported is inaccurate because it does not match

with the payment history, Balance is inaccurate because it doesn't match with your records, Credit Limit is incomplete, Deferred Payment Start Date is incomplete, Balloon Payment Amount is incomplete, Balloon Payment Date is incomplete, In the Payment History is incomplete, In the 24 Month History is incomplete, Schedule Payment Amount is incomplete, Actual Payment Amount is incomplete, Past Due Amount is incomplete, Credit Limit is incomplete.

Number: 135

19. **DEPT OF ED Trade line #6:**

In the Summary Section: Account Number *4311 is incomplete. Date Opened is inaccurate because it does not match with the payment history, Date of last activity is incomplete, Actual Payment Amount is incomplete because you have the date of last payment but the amount in actual payment is blank, Date of Last Payment is inaccurate because it does not match with the payment history, Status is inaccurate because it does not match with the payment history, Date of 1st Delinquency is inaccurate, Date Major Delinquency 1st Reported is incomplete, Amount Past Due is inaccurate because it doesn't match with your records, Charge Off Amount is incomplete, Date Closed is incomplete, Activity Designator is incomplete, Date Reported is inaccurate because it does not match with the payment history, Balance is inaccurate because it doesn't match with your records, Credit Limit is incomplete, Deferred Payment Start Date is

incomplete, Balloon Payment Amount is incomplete, Balloon Payment Date is incomplete, In the Payment History is incomplete, In the 24 Month History is incomplete, Schedule Payment Amount is incomplete, Actual Payment Amount is incomplete, Past Due Amount is incomplete, Credit Limit is incomplete.

Payment History Section: Date Opened shows 02/15/2013 yet the reporting begins in Jul 2019 this information is inaccurate, Date Reported shows 02/28/2026 yet Feb 2026 has no data available this information is inaccurate, Date of 1st Delinquency shows 11/05/2025 yet Nov 2025 shows Paid on Time this information is inaccurate, Jan 2019 has no data available this information is incomplete, Feb 2019 has no data available this information is incomplete, Mar 2019 has no data available this information is incomplete, Apr 2019 has no data available this information is incomplete, May 2019 has no data available this information is incomplete, Jun 2019 has no data available this information is incomplete, Oct 2023 has no data available this information is incomplete, Nov 2023 has no data available this information is incomplete, Dec 2023 has no data available this information is incomplete, Jun 2024 has no data available this information is incomplete, Jul 2024 has no data available this information is incomplete, Oct 2024 has no data available this information is incomplete, Mar 2025 has no data available this information is incomplete, May 2025 has no data available this information is incomplete, Jun 2025 has no data available this information is incomplete, Aug 2025 has no data available this information is

incomplete, 03/25 is skipped in the 24 Month History this information is incomplete, Six (6) Scheduled Payment Amount has no data available Jun 2024 is incomplete, Jul 2024 is incomplete, Oct 2024 is incomplete, May 2025 is incomplete, Jun 2025 is incomplete, Aug 2025 is incomplete, 22 Actual Payment Amount has no data available this information is incomplete, 21 Past Due Amount has no data available Mar 2024 is incomplete, Apr 2024 is incomplete, May 2024 is incomplete, Jun 2024 is incomplete, Jul 2024 is incomplete, Aug 2024 is incomplete, Sep 2024 is incomplete, Oct 2024 is incomplete, Nov 2024 is incomplete, Dec 2024 is incomplete, Jan 2025 is incomplete, Feb 2025 is incomplete, Apr 2025 is incomplete, May 2025 is incomplete, Jun 2025 is incomplete, Jul 2025 is incomplete, Aug 2025 is incomplete, Sep 2015 is incomplete, Oct 2025 is incomplete, Nov 2025 is incomplete, Dec 2025 is incomplete, 22 Credit Limit has no data available this information is incomplete.

Account Details: Account Number *4311 is incomplete. Date Opened is inaccurate because it does not match with the payment history, Date of last activity is incomplete, Actual Payment Amount is incomplete because you have the date of last payment but the amount in actual payment is blank, Date of Last Payment is inaccurate because it does not match with the payment history, Status is inaccurate because it does not match with the payment history, Date of 1st Delinquency is inaccurate, Date Major Delinquency 1st Reported is

incomplete, Amount Past Due is inaccurate because it doesn't match with your records, Charge Off Amount is incomplete, Date Closed is incomplete, Activity Designator is incomplete, Date Reported is inaccurate because it does not match with the payment history, Balance is inaccurate because it doesn't match with your records, Credit Limit is incomplete, Deferred Payment Start Date is incomplete, Balloon Payment Amount is incomplete, Balloon Payment Date is incomplete, In the Payment History is incomplete, In the 24 Month History is incomplete, Schedule Payment Amount is incomplete, Actual Payment Amount is incomplete, Past Due Amount is incomplete, Credit Limit is incomplete.

Number: 137

20. **DEPT OF ED Trade line #7:**

In the Summary Section: Account Number *1711 is incomplete. Date Opened is inaccurate because it does not match with the payment history, Date of last activity is incomplete, Actual Payment Amount is incomplete because you have the date of last payment but the amount in actual payment is blank, Date of Last Payment is inaccurate because it does not match with the payment history, Status is inaccurate because it does not match with the payment history, Date of 1st Delinquency is inaccurate, Date Major Delinquency 1st Reported is incomplete, Amount Past Due is inaccurate because it doesn't match with your records, Charge Off Amount is incomplete, Date Closed is incomplete, Activity

Designator is incomplete, Date Reported is inaccurate because it does not match with the payment history, Balance is inaccurate because it doesn't match with your records, Credit Limit is incomplete, Deferred Payment Start Date is incomplete, Balloon Payment Amount is incomplete, Balloon Payment Date is incomplete, In the Payment History is incomplete, In the 24 Month History is incomplete, Schedule Payment Amount is incomplete, Actual Payment Amount is incomplete, Past Due Amount is incomplete, Credit Limit is incomplete.

Payment History Section: Date Opened shows 11/05/2011 yet the reporting begins in Jul 2019 this information is inaccurate, Date Reported shows 02/28/2026 yet Feb 2026 has no data available this information is inaccurate, Date of 1st Delinquency shows 11/05/2025 yet Nov 2025 shows Paid on Time this information is inaccurate, Jan 2019 has no data available this information is incomplete, Feb 2019 has no data available this information is incomplete, Mar 2019 has no data available this information is incomplete, Apr 2019 has no data available this information is incomplete, May 2019 has no data available this information is incomplete, Jun 2019 has no data available this information is incomplete, Oct 2023 has no data available this information is incomplete, Nov 2023 has no data available this information is incomplete, Dec 2023 has no data available this information is incomplete, Jun 2024 has no data available this information is incomplete, Jul 2024 has no data available this information is incomplete, Oct 2024 has no data available this information is incomplete, Mar

2025 has no data available this information is incomplete, May 2025 has no data available this information is incomplete, Jun 2025 has no data available this information is incomplete, Aug 2025 has no data available this information is incomplete, 03/25 is skipped in the 24 Month History this information is incomplete, Six (6) Scheduled Payment Amount has no data available Jun 2024 is incomplete, Jul 2024 is incomplete, Oct 2024 is incomplete, May 2025 is incomplete, Jun 2025 is incomplete, Aug 2025 is incomplete, 22 Actual Payment Amount has no data available this information is incomplete, 21 Past Due Amount has no data available Mar 2024 is incomplete, Apr 2024 is incomplete, May 2024 is incomplete, Jun 2024 is incomplete, Jul 2024 is incomplete, Aug 2024 is incomplete, Sep 2024 is incomplete, Oct 2024 is incomplete, Nov 2024 is incomplete, Dec 2024 is incomplete, Jan 2025 is incomplete, Feb 2025 is incomplete, Apr 2025 is incomplete, May 2025 is incomplete, Jun 2025 is incomplete, Jul 2025 is incomplete, Aug 2025 is incomplete, Sep 2015 is incomplete, Oct 2025 is incomplete, Nov 2025 is incomplete, Dec 2025 is incomplete, 22 Credit Limit has no data available this information is incomplete.

Account Details: Account Number *1711 is incomplete. Date Opened is inaccurate because it does not match with the payment history, Date of last activity is incomplete, Actual Payment Amount is incomplete because you have the date of last payment but the amount in actual payment is blank, Date of Last

Payment is inaccurate because it does not match with the payment history, Status is inaccurate because it does not match with the payment history, Date of 1st Delinquency is inaccurate, Date Major Delinquency 1st Reported is incomplete, Amount Past Due is inaccurate because it doesn't match with your records, Charge Off Amount is incomplete, Date Closed is incomplete, Activity Designator is incomplete, Date Reported is inaccurate because it does not match with the payment history, Balance is inaccurate because it doesn't match with your records, Credit Limit is incomplete, Deferred Payment Start Date is incomplete, Balloon Payment Amount is incomplete, Balloon Payment Date is incomplete, In the Payment History is incomplete, In the 24 Month History is incomplete, Schedule Payment Amount is incomplete, Actual Payment Amount is incomplete, Past Due Amount is incomplete, Credit Limit is incomplete.

Number: 137

21. **DEPT OF ED Trade line #8:**

In the Summary Section: Account Number *1811 is incomplete. Date Opened is inaccurate because it does not match with the payment history, Date of last activity is incomplete, Actual Payment Amount is incomplete because you have the date of last payment but the amount in actual payment is blank, Date of Last Payment is inaccurate because it does not match with the payment history, Status is inaccurate because it does not match with the payment history, Date of

1st Delinquency is inaccurate, Date Major Delinquency 1st Reported is incomplete, Amount Past Due is inaccurate because it doesn't match with your records, Charge Off Amount is incomplete, Date Closed is incomplete, Activity Designator is incomplete, Date Reported is inaccurate because it does not match with the payment history, Balance is inaccurate because it doesn't match with your records, Credit Limit is incomplete, Deferred Payment Start Date is incomplete, Balloon Payment Amount is incomplete, Balloon Payment Date is incomplete, In the Payment History is incomplete, In the 24 Month History is incomplete, Schedule Payment Amount is incomplete, Actual Payment Amount is incomplete, Past Due Amount is incomplete, Credit Limit is incomplete.

Payment History Section: Date Opened shows 11/05/2011 yet the reporting begins in Jul 2019 this information is inaccurate, Date Reported shows 02/28/2026 yet Feb 2026 has no data available this information is inaccurate, Date of 1st Delinquency shows 11/05/2025 yet Nov 2025 shows Paid on Time this information is inaccurate, Jan 2019 has no data available this information is incomplete, Feb 2019 has no data available this information is incomplete, Mar 2019 has no data available this information is incomplete, Apr 2019 has no data available this information is incomplete, May 2019 has no data available this information is incomplete, Jun 2019 has no data available this information is incomplete, Oct 2023 has no data available this information is incomplete, Nov 2023 has no data available this information is incomplete, Dec 2023 has no data

available this information is incomplete, Jun 2024 has no data available this information is incomplete, Jul 2024 has no data available this information is incomplete, Oct 2024 has no data available this information is incomplete, Mar 2025 has no data available this information is incomplete, May 2025 has no data available this information is incomplete, Jun 2025 has no data available this information is incomplete, Aug 2025 has no data available this information is incomplete, 03/25 is skipped in the 24 Month History this information is incomplete, Six (6) Scheduled Payment Amount has no data available Jun 2024 is incomplete, Jul 2024 is incomplete, Oct 2024 is incomplete, May 2025 is incomplete, Jun 2025 is incomplete, Aug 2025 is incomplete, 22 Actual Payment Amount has no data available this information is incomplete, 21 Past Due Amount has no data available Mar 2024 is incomplete, Apr 2024 is incomplete, May 2024 is incomplete, Jun 2024 is incomplete, Jul 2024 is incomplete, Aug 2024 is incomplete, Sep 2024 is incomplete, Oct 2024 is incomplete, Nov 2024 is incomplete, Dec 2024 is incomplete, Jan 2025 is incomplete, Feb 2025 is incomplete, Apr 2025 is incomplete, May 2025 is incomplete, Jun 2025 is incomplete, Jul 2025 is incomplete, Aug 2025 is incomplete, Sep 2015 is incomplete, Oct 2025 is incomplete, Nov 2025 is incomplete, Dec 2025 is incomplete, 22 Credit Limit has no data available this information is incomplete.

Account Details: Account Number *1811 is incomplete. Date Opened is inaccurate because it does not match with the payment history, Date of last activity is incomplete, Actual Payment Amount is incomplete because you have the date of last payment but the amount in actual payment is blank, Date of Last Payment is inaccurate because it does not match with the payment history, Status is inaccurate because it does not match with the payment history, Date of 1st Delinquency is inaccurate, Date Major Delinquency 1st Reported is incomplete, Amount Past Due is inaccurate because it doesn't match with your records, Charge Off Amount is incomplete, Date Closed is incomplete, Activity Designator is incomplete, Date Reported is inaccurate because it does not match with the payment history, Balance is inaccurate because it doesn't match with your records, Credit Limit is incomplete, Deferred Payment Start Date is incomplete, Balloon Payment Amount is incomplete, Balloon Payment Date is incomplete, In the Payment History is incomplete, In the 24 Month History is incomplete, Schedule Payment Amount is incomplete, Actual Payment Amount is incomplete, Past Due Amount is incomplete, Credit Limit is incomplete.

Number: 137

22. **DEPT OF ED Trade line #9:**

In the Summary Section: Account Number *1811 is incomplete. Date Opened is inaccurate because it does not match with the payment history, Date of last

activity is incomplete, Actual Payment Amount is incomplete because you have the date of last payment but the amount in actual payment is blank, Date of Last Payment is inaccurate because it does not match with the payment history, Status is inaccurate because it does not match with the payment history, Date of 1st Delinquency is inaccurate, Date Major Delinquency 1st Reported is incomplete, Amount Past Due is inaccurate because it doesn't match with your records, Charge Off Amount is incomplete, Date Closed is incomplete, Activity Designator is incomplete, Date Reported is inaccurate because it does not match with the payment history, Balance is inaccurate because it doesn't match with your records, Credit Limit is incomplete, Deferred Payment Start Date is incomplete, Balloon Payment Amount is incomplete, Balloon Payment Date is incomplete, In the Payment History is incomplete, In the 24 Month History is incomplete, Schedule Payment Amount is incomplete, Actual Payment Amount is incomplete, Past Due Amount is incomplete, Credit Limit is incomplete.

Payment History Section: Date Opened shows 12/20/2012 yet the reporting begins in Jul 2019 this information is inaccurate, Date Reported shows 02/28/2026 yet Feb 2026 has no data available this information is inaccurate, Date of 1st Delinquency shows 11/05/2025 yet Nov 2025 shows Paid on Time this information is inaccurate, Jan 2019 has no data available this information is incomplete, Feb 2019 has no data available this information is incomplete, Mar 2019 has no data available this information is incomplete, Apr 2019 has no data

available this information is incomplete, May 2019 has no data available this information is incomplete, Jun 2019 has no data available this information is incomplete, Oct 2023 has no data available this information is incomplete, Nov 2023 has no data available this information is incomplete, Dec 2023 has no data available this information is incomplete, Jun 2024 has no data available this information is incomplete, Jul 2024 has no data available this information is incomplete, Oct 2024 has no data available this information is incomplete, Mar 2025 has no data available this information is incomplete, May 2025 has no data available this information is incomplete, Jun 2025 has no data available this information is incomplete, Aug 2025 has no data available this information is incomplete, 03/25 is skipped in the 24 Month History this information is incomplete, Six (6) Scheduled Payment Amount has no data available Jun 2024 is incomplete, Jul 2024 is incomplete, Oct 2024 is incomplete, May 2025 is incomplete, Jun 2025 is incomplete, Aug 2025 is incomplete, 22 Actual Payment Amount has no data available this information is incomplete, 21 Past Due Amount has no data available Mar 2024 is incomplete, Apr 2024 is incomplete, May 2024 is incomplete, Jun 2024 is incomplete, Jul 2024 is incomplete, Aug 2024 is incomplete, Sep 2024 is incomplete, Oct 2024 is incomplete, Nov 2024 is incomplete, Dec 2024 is incomplete, Jan 2025 is incomplete, Feb 2025 is incomplete, Apr 2025 is incomplete, May 2025 is incomplete, Jun 2025 is incomplete, Jul 2025 is incomplete, Aug 2025 is

incomplete, Sep 2015 is incomplete, Oct 2025 is incomplete, Nov 2025 is incomplete, Dec 2025 is incomplete, 22 Credit Limit has no data available this information is incomplete.

Account Details: Account Number *1811 is incomplete. Date Opened is inaccurate because it does not match with the payment history, Date of last activity is incomplete, Actual Payment Amount is incomplete because you have the date of last payment but the amount in actual payment is blank, Date of Last Payment is inaccurate because it does not match with the payment history, Status is inaccurate because it does not match with the payment history, Date of 1st Delinquency is inaccurate, Date Major Delinquency 1st Reported is incomplete, Amount Past Due is inaccurate because it doesn't match with your records, Charge Off Amount is incomplete, Date Closed is incomplete, Activity Designator is incomplete, Date Reported is inaccurate because it does not match with the payment history, Balance is inaccurate because it doesn't match with your records, Credit Limit is incomplete, Deferred Payment Start Date is incomplete, Balloon Payment Amount is incomplete, Balloon Payment Date is incomplete, In the Payment History is incomplete, In the 24 Month History is incomplete, Schedule Payment Amount is incomplete, Actual Payment Amount is incomplete, Past Due Amount is incomplete, Credit Limit is incomplete.

Number: 137

## 23. DEPT OF ED Trade line #10:

In the Summary Section: Account Number *8211 is incomplete. Date Opened is inaccurate because it does not match with the payment history, Date of last activity is incomplete, Actual Payment Amount is incomplete because you have the date of last payment but the amount in actual payment is blank, Date of Last Payment is inaccurate because it does not match with the payment history, Status is inaccurate because it does not match with the payment history, Date of 1st Delinquency is inaccurate, Date Major Delinquency 1st Reported is incomplete, Amount Past Due is inaccurate because it doesn't match with your records, Charge Off Amount is incomplete, Date Closed is incomplete, Activity Designator is incomplete, Date Reported is inaccurate because it does not match with the payment history, Balance is inaccurate because it doesn't match with your records, Credit Limit is incomplete, Deferred Payment Start Date is incomplete, Balloon Payment Amount is incomplete, Balloon Payment Date is incomplete, In the Payment History is incomplete, In the 24 Month History is incomplete, Schedule Payment Amount is incomplete, Actual Payment Amount is incomplete, Past Due Amount is incomplete, Credit Limit is incomplete.

Payment History Section: Date Opened shows 12/20/2012 yet the reporting begins in Jul 2019 this information is inaccurate, Date Reported shows 02/28/2026 yet Feb 2026 has no data available this information is inaccurate,

Date of 1st Delinquency shows 11/05/2025 yet Nov 2025 shows Paid on Time this information is inaccurate, Jan 2019 has no data available this information is incomplete, Feb 2019 has no data available this information is incomplete, Mar 2019 has no data available this information is incomplete, Apr 2019 has no data available this information is incomplete, May 2019 has no data available this information is incomplete, Jun 2019 has no data available this information is incomplete, Oct 2023 has no data available this information is incomplete, Nov 2023 has no data available this information is incomplete, Dec 2023 has no data available this information is incomplete, Jun 2024 has no data available this information is incomplete, Jul 2024 has no data available this information is incomplete, Oct 2024 has no data available this information is incomplete, Mar 2025 has no data available this information is incomplete, May 2025 has no data available this information is incomplete, Jun 2025 has no data available this information is incomplete, Aug 2025 has no data available this information is incomplete, 03/25 is skipped in the 24 Month History this information is incomplete, Six (6) Scheduled Payment Amount has no data available Jun 2024 is incomplete, Jul 2024 is incomplete, Oct 2024 is incomplete, May 2025 is incomplete, Jun 2025 is incomplete, Aug 2025 is incomplete, 22 Actual Payment Amount has no data available this information is incomplete, 21 Past Due Amount has no data available Mar 2024 is incomplete, Apr 2024 is incomplete, May 2024 is incomplete, Jun 2024 is incomplete, Jul 2024 is

incomplete, Aug 2024 is incomplete, Sep 2024 is incomplete, Oct 2024 is incomplete, Nov 2024 is incomplete, Dec 2024 is incomplete, Jan 2025 is incomplete, Feb 2025 is incomplete, Apr 2025 is incomplete, May 2025 is incomplete, Jun 2025 is incomplete, Jul 2025 is incomplete, Aug 2025 is incomplete, Sep 2015 is incomplete, Oct 2025 is incomplete, Nov 2025 is incomplete, Dec 2025 is incomplete, 22 Credit Limit has no data available this information is incomplete.

Account Details: Account Number *8211 is incomplete. Date Opened is inaccurate because it does not match with the payment history, Date of last activity is incomplete, Actual Payment Amount is incomplete because you have the date of last payment but the amount in actual payment is blank, Date of Last Payment is inaccurate because it does not match with the payment history, Status is inaccurate because it does not match with the payment history, Date of 1st Delinquency is inaccurate, Date Major Delinquency 1st Reported is incomplete, Amount Past Due is inaccurate because it doesn't match with your records, Charge Off Amount is incomplete, Date Closed is incomplete, Activity Designator is incomplete, Date Reported is inaccurate because it does not match with the payment history, Balance is inaccurate because it doesn't match with your records, Credit Limit is incomplete, Deferred Payment Start Date is incomplete, Balloon Payment Amount is incomplete, Balloon Payment Date is incomplete, In the Payment History is incomplete, In the 24 Month History is

incomplete, Schedule Payment Amount is incomplete, Actual Payment Amount is incomplete, Past Due Amount is incomplete, Credit Limit is incomplete.

## Number: 137

24. When Equifax produces and sells reports regarding Ms. Perez to third parties, the full account numbers, missing account information and payment history are included in its reports.

25. The accuracy of Equifax's reports to third parties demonstrates its ability to comply with 15 U.S.C. § 1681g(a) as well as the contents of its files.

26. Having a duty to disclose all of the information regarding the accounts in Ms. Perez file, Equifax breached its duty by failing to provide the account numbers, missing account information and payment history as such information is necessary for a consumer to be able to research and evaluate the information contained in her credit file.

27. Absent such information, a consumer is reduced to, at best, playing detective and, at worst, guessing as to whether the information in their report is accurate.

28. Equifax's disclosure contains collection information that stays on your credit report for up to 7 years from the date the account first became past due. They generally have a negative impact on your credit score.

29.     On information and belief, all the aforementioned data furnishers reported full account numbers, missing account information and payment history to Equifax, and this information was contained within Equifax's file on Ms. Perez at the time of her request for her consumer disclosure.

30.     Due to widespread systemic problems, Equifax's automated systems omits all but the last two or four account numbers, missing account information and payment history reported by data furnishers.

31.     Equifax knows of this error but, despite such knowledge, has yet to correct it.

32.     The failure to disclose full account numbers, missing account information and payment history violates the FCRA's requirement that a CRA disclose all information contained in a consumer's credit file clearly and accurately. See Washington v. EQUIFAX, Case No. 3:19-cv-00154 (M.D. Tenn. Jun. 12, 2019) ("The plain language of the FCRA requires that the consumer reporting agency shall clearly and accurately disclose to the consumer '[a]ll information in the consumer's file at the time of the request.' 15 U.S.C. § 1681g. In the absence of binding authority stating that a truncated account number is a clear and accurate disclosure, the Court finds that Plaintiff has stated a plausible claim for a violation of Section 609 of the FCRA.")

33.     The failure of an entity to provide accurate and truthful information as required by law creates an injury-in-fact, thus creating standing pursuant to Article III. See, e.g., Havens Realty Corp. v. Coleman, 455 U.S. 363 (1982), holding "alleged injury to (plaintiff's) statutorily created right to truthful housing information" was a cognizable injury in and of itself, regardless of whether the plaintiff actually hoped to reside in the defendant's housing complex; therefore "the Art. III requirement of injury in fact [was] satisfied.

34.     The lack of accurate, full account numbers, missing account information and payment history caused Ms. Perez great frustration and emotional distress when trying to understand her credit report and verify it against her own records.

35.     Further, pursuant to a 2000 FTC Opinion Letter (Advisory Opinion to Darcy, June 30, 2000), "it is our view that a CRA that always scrambles or truncates account (or social security) numbers does not technically comply with Section 609 because it does not provide 'accurate' (and perhaps not 'clear') disclosure of all information' in the file." SEE PLAINTIFF'S EXHIBIT B.

36.     Equifax's omission of the full account numbers, missing account information and payment history greatly decreases a consumer's ability to understand her consumer credit disclosure, identify the accounts, and compare those accounts with her own records.

## Prevalence of Equifax's Account Number Errors, Missing Account Information and Payment History

37.    On information and belief, Equifax's Disclosure to Ms. Perez was generated using a template that extracts database information from a consumer's file and populates it into various pre-programmed fields on a consumer disclosure form.

38.    On information and belief, this same template is used virtually every time a consumer requests their file from Equifax through www.annualcreditreport.com.

39.    On information and belief, www.annualcreditreport.com is the location where the majority of consumers obtain their Equifax credit disclosure.

40.    Consumer disclosures retrieved through annualcreditreport.com all exhibit the same missing account number, missing account information and payment history errors.

41.    Thus, every consumer with accounts appearing with missing information in their disclosure who requested their disclosure from Equifax through www.annualcreditreport.com since the template's use began, received a consumer disclosure with the same errors as Ms. Perez.

42. Equifax's error has therefore likely affected thousands of consumers.

43. Equifax has known of the flaws in its systems for years, but has done nothing to fix them, despite the large number of consumers affected.

44. Equifax's knowing and repeated conduct warrants an award of punitive damages.

45. Equifax's failure to disclose all of the information in the consumer's credit file in free annual disclosures is an intentional violation of 15 U.S.C. § 1681g(a), motivated by the Defendant's desire to avoid costs and increase profits.

46. Ms. Perez has a right to a full and complete disclosure of the contents of her file upon demand, at least once a year and without charge, and that disclosure must be presented clearly and accurately. 15 U.S.C. § 1681j.

47. Equifax's failure to accurately, fully, and clearly disclose the information within its files regarding Ms. Perez deprived her of this right.

## COUNT I
## VIOLATIONS OF THE FCRA

48. Ms. Perez adopts and incorporates paragraphs 1 - 48 as if fully stated herein.

49. Equifax violated 15 U.S.C. § 1681g(a)(1) when responding to Ms. Perez request for her consumer disclosure by failing to clearly and accurately disclose to Ms. Perez, a Consumer, all of the information in her file at the time of the request. Specifically, Equifax disclosed ten (10) accounts reported without disclosing the full account number, missing account information and payment history or ten (10) accounts also without the full account numbers, missing account information and payment history even though full account numbers, missing account information and payment history were reported by the data furnishers.

50. Equifax knows it's 1,356 missing, misleading, incomplete data fields on the file at issue.

51. Equifax knowingly provided inaccurate and incomplete information in Ms. Perez disclosure, as it knew of these issues, which have been identified and disputed by other consumers for years.

52. Equifax is therefore liable to Ms. Perez, pursuant to 15 U.S.C. § 1681n, for the greater of her actual damages and statutory damages of up to $1,000 per violation, plus costs.

53. Alternatively, Equifax's conduct was negligent, and Equifax is therefore liable to Ms. Perez, pursuant to 15 U.S.C. § 1681o, for her actual damages, plus costs.

WHEREFORE, Ms. Perez respectfully requests that the Honorable Court enter judgment against Equifax for:

a.  The greater of statutory damages of $1,000 per incident and Ms. Perez actual damages, pursuant to 15 U.S.C. § 1681n(a)(1)(A), or Ms. Perez actual damages pursuant to 15 U.S.C. § 1681o(a)(1);

b.  Punitive damages pursuant to 15 U.S.C. § 1681n(a)(2);

c.  Costs pursuant to pursuant to 15 U.S.C. § 1681n(a)(3) and/or 15 U.S.C. § 1681o(a)(2); and,

d.  Such other relief that this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Ms. Perez demands a jury trial on all issues so triable.

Respectfully submitted on March __31__, 2026, by:

Cateren Perez

5743 Autumn Ridge Rd

Lake Worth, FL 33463

801-209-4226

sparklingfinishes@gmail.com

## ATTACHED EXHIBIT LIST

A.    Ms. Perez Equifax Consumer Disclosure, March 27, 2026.

B.    FTC Opinion Letter.

C.    Ms. Perez Letter showing the incomplete data from Equifax Consumer Disclosure, March 27, 2026.